IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00827-PAB

EDUARDO LOPEZ AGUILAR,

      Petitioner,

v.

JUAN BALTASAR, Warden of Detention Facility, in his official capacity, et al.,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 9] of Judge Philip A. Brimmer entered on March 16, 2026, it is

ORDERED that petitioner Eduardo Lopez Aguilar's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED.  It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 25th day of March, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
      Deputy Clerk